IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| ALLISSON DENISSE MENDEZ JARQUIN, | § § § |
| Petitioner, | § § |
| v. | §   CAUSE NO. EP-26-CV-87-KC |
| | § |
| MARY DE ANDA YBARRA, et al., | § § |
| Respondents. | § § |

## **FINAL JUDGMENT**

On this day, the Court considered the case. On January 28, 2026, the Court granted in part Allison Denisse Mendez Jarquin's Petition for Writ of Habeas Corpus and ordered Respondents to either (1) provide her with a bond hearing before an IJ, at which the Government was to bear the burden of justifying, by clear and convincing evidence of dangerousness or flight risk, her continued detention; or (2) release her from custody, under reasonable conditions of supervision. Jan. 28, 2026, Order 2–3, ECF No. 4. Respondents have now informed the Court that, on February 4, an Immigration Judge ("IJ") granted Mendez Jarquin a $2,500 bond. Notice, ECF No. 5.

It appears that the only remaining matter to be resolved in this case is Mendez Jarquin's request for an award of attorneys' fees under the Equal Access to Justice Act ("EAJA"). *See* Pet. 29, ECF No. 1; *see generally* Jan. 28, 2026, Order. However, successful immigration habeas petitioners are not entitled to attorneys' fees under the EAJA. *Barco v. Witte*, 65 F.4th 782, 785 (5th Cir. 2023).

Accordingly, **the Clerk shall close the case**. To the extent Mendez Jarquin wishes to seek additional relief from the Court, she may file a motion to reopen.

**SO ORDERED**.

SIGNED this 5th day of February, 2026.

_____
KATHLEEN CARDONE
UNITED STATES DISTRICT JUDGE